IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br>vs.<br>David Martinez-Ramirez,<br>            Defendant. | No. CR 03-00011-PHX-JAT<br><br>**ORDER** |

On November 22, 2013, Magistrate Judge Lawrence O. Anderson issued "Report and Recommendation of the Magistrate Judge." Magistrate Judge Anderson recommended that the District Court Judge accept the finding of violation of Standard Condition No. 1 (allegation A) of Defendant's supervised release. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding the Defendant in violation of Standard Condition No. 1 of his supervised release terms by committing the State crimes of Disorderly Conduct on July 30, 2012, in violation of A.R.S. § 13-2904, and Criminal Damage, in violation of A.R.S. §13-1602.

IT IS FURTHER ORDERED adopting the Magistrate Judge's Report and Recommendations [Doc. 129].

DATED this 13th day of December, 2013.

James A. Teilborg
Senior United States District Judge